**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:23-cv-80235**

ALAN V. SATTERWHITE,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff ALAN V. SATTERWHITE by and through his undersigned counsel, brings this Complaint against Defendant AMAZON.COM, INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff ALAN V. SATTERWHITE ("Satterwhite") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Satterwhite's original copyrighted Works of authorship.

2. Satterwhite started working as a photographer at a major daily newspaper in Florida while in high school, covering major news stories in the Southeast. After a year as the Governor of Florida's personal photographer, he started a career as a freelance magazine photographer. Over the next 10 years he worked on assignment for almost every major magazine (Automobile, Car & Driver, Fortune, Geo, Life, Look, Money, Newsweek, People, Playboy, Sports Illustrated, Time, Travel & Leisure, to name a few).

3. In 1980 Satterwhite moved to New York City to form his own production company and concentrate on advertising. For the next 15 years he did a wide range of national and international advertising work, becoming known for his saturated color images and keen sense of design and composition from action and aerial work, to miniatures in the studio, to major production campaigns in worldwide locations. Some of his advertising clients include American Express, Coca Cola, Dole, DuPont, Eastman Kodak, Johnson Outboards, Kent Int'l, Molson, Nikon, Oldsmobile, Porsche, Polaroid, R J Reynolds, Saab, Sony, Tuborg, Universal Studios and Westinghouse.

4. Satterwhite was a consultant to Kodak for digital imaging for a number of years, and has lectured at Boston University, Brooks Institute of Photography, Hallmark Institute of Photography, ASMP, NYU/Tisch School of the Arts, PhotoExpos in Los Angeles & New York. Satterwhite has given workshops at Dawson College (Montreal), ICP (NYC), Kauai Photographic (Hawaii), the Maine Workshops, the Missouri Workshops, Palm Beach Photographic Workshops, Santa Fe Workshops & his own studio in New York City. Satterwhite continues to lecture and holds workshops at various facilities around the U.S.

5. Satterwhite's photographic prints are in the permanent collections of the Smithsonian National Portrait Gallery, Houston Fine Art Museum, Santa Barbara Museum of Art, Los Angeles County Museum of Art (LACMA), George Eastman House, Polaroid Collection, National Museum of African American History and Culture and numerous private collections.

6. Defendant AMAZON.COM, INC. ("Amazon") is an online marketplace that allows users to buy and sell a variety of products. At all times relevant herein, Amazon owned and operated the internet website located at the URL https://www.amazon.com/ (the "Website").

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendant is subject to personal jurisdiction in Florida.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

11. Amazon.com, Inc. is a  Corporation, with its principal place of business at 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501, and can be served by serving its Registered Agent, Corporation Service Company at 300 Deshutes Way SW, Suite 208 MC-CSC1, Tumwater, WA 98501 .

## THE COPYRIGHTED WORKS AT ISSUE

12. In 1974, Satterwhite created a photograph depicting the famous Grammy winning R&B recording artist Stevie Wonder which is shown below.



13. Satterwhite registered the Work with the Register of Copyrights on June 24, 2002 and was assigned the registration number VAu 553-054. The Certificate of Registration is attached hereto as Exhibit 1.

14. In 1976, Satterwhite created a photograph depicting the actor, body builder, and former California governor Arnold Schwarzenegger which is shown below.




15. At all relevant times Satterwhite was the owner of the copyrighted Works at issue in this case.

**INFRINGEMENT BY DEFENDANT**

16. Neither Amazon nor any Amazon seller have ever been licensed to use the Works at issue in this action for any purpose.

17. On a date after the Works at issue in this action were created, but prior to the filing of this action, sellers on Amazon copied the Works and offered them for sale on items on the www.amazon.com website (the "Website").

18. Prior to the filing of this action, Satterwhite discovered the unauthorized display, copying and distribution of his Works on the Website as evidenced by the documents attached hereto as Exhibit 2.

19. Satterwhite sent DMCA takedown notices to Amazon pursuant to 17 U.S.C. § 512(c) that the Amazon Website was being used to offer for sale unauthorized copies of Satterwhite's Works on the Website without Satterwhite's permission as evidenced by the documents attached hereto as Exhibit 2.

20. Amazon failed to remove Satterwhite's Works from the Website as required by 17 U.S.C. § 512(c) upon notice.

21. Amazon replied with automated messages but did not comply with the DMCA takedown notices.

22. Satterwhite has been damaged.

23. The damage to Satterwhite has been irreparable.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

24. Satterwhite incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Satterwhite owns valid copyrights in the Works at issue in this case.

26. Satterwhite registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Amazon copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Satterwhite's authorization in violation of 17 U.S.C. § 501.

28. Amazon performed the acts alleged in the course and scope of its business activities.

29. Amazon’s acts were willful.

30. Satterwhite has been damaged.

31. The harm caused to Satterwhite has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Amazon.com, Inc. that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff actual damages and Amazon’s profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded attorneys’ fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: February 13, 2023

Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
Florida Bar No. 98220
CRAIG A. WIRTH
craig.wirth@sriplaw.com
Florida Bar No. 125322

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Alan V. Satterwhite*